

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COMPASS BANK, | § | No. 08-12-00318-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| VICTOR NACIM AND RACHEL NACIM, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2009-2946) |

# **O R D E R**

The Court has received and filed the supplemental clerk's record requested in this Court's order issued April 1, 2013. The appeal is therefore reinstated and the Appellant's brief is now due May 9, 2013.

IT IS SO ORDERED this 9th day of April, 2013.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)